Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
WILLIAM C. RASMUSSEN AND KAREN L. RASMUSSEN

Case No.: 17-11816

Judge: GRAVELLE

Chapter: 13

Debtor(s)

## Chapter 13 Plan and Motions

☒ Original  ☐ Modified/Notice Required  ☒ Discharge Sought

☐ Motions Included  ☐ Modified/No Notice Required  ☐ No Discharge Sought

Date: APRIL 19, 2017

THE DEBTOR HAS FILED FOR RELIEF UNDER  
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED  
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN  
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

| Part 1: Payment and Length of Plan |
|---|
| a. The debtor shall pay $ 587/613 per month to the Chapter 13 Trustee, starting on FEB. 1, 2017 for approximately 3/57 months. |
| b. The debtor shall make plan payments to the Trustee from the following sources: |
| ☒ Future earnings |
| ☐ Other sources of funding (describe source, amount and date when funds are available): |

1

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:

Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection**

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Trustee<br><br>McDowell Posternock Apell & Detrick, PC<br><br>Rose L. Munyon | Admin.<br><br>Attorney fees<br><br>Support | as allowed<br><br>$2.310 and any add'l. allowed<br><br>6423 |

**Part 4:    Secured Claims**

**a. Curing Default and Maintaining Payments**
The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

2

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Wells Fargo Mtge | residence | 491 | | 491 | 1464 |

**b. Modification**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**c. Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Systems & Service Tech (Medallion Bank) | RV | 16000 | 5000 |

3

    **d. Secured Claims Unaffected by the Plan**

      The following secured claims are unaffected by the Plan:

        Ford Motor Credit;  Snap-On Credit

    **e. Secured Claims to be Paid in Full Through the Plan**:

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:    Unsecured Claims

    **a. Not separately classified** allowed non-priority unsecured claims shall be paid:

    ☒ Not less than $ _____23,820_____ to be distributed *pro rata*

    ☐ Not less than _____ percent

    ☐ *Pro Rata* distribution from any remaining funds

    **b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| Great Lakes Higher Education | student loan | paid outside Plan | 0 in Plan |
| Rose M.Lumia Runyon | support | pay in full | 6423 |

## Part 6:    Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| Ford Motor Credit | auto lease | pay outside Plan |

| Part 7: | Motions |
|---|---|

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

   a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

   b. **Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| None |  |  |

   c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
|  |  |  |  |

### Part 8:  Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Trustee commissions
2) Attorney fees
3) Secured claims/arrears
4) Unsecured creditors

**d. Post-Petition Claims**

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9:  Modification

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: _____01/27/2017_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Cannot afford to keep RV, decided to surrender; | Changed treatment of RV to "surrender"; |
| Proofs of Claim differed from amounts in Plan; | Increased Plan payment to cover Proofs of Claim; |
| Left out one secured creditor | Added secured creditor (Snap-On Credit) |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

**Part 10:    Sign Here**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: April 21, 2017         /s/ Paul C. Detrick
                             Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: April 21, 2017         /s/ William C. Rasmussen
                             Debtor

Date: April 21, 2017         /s/ Karen L. Rasmussen
                             Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:
William C. Rasmussen
Karen L. Rasmussen
    Debtors

Case No. 17-11816-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2      Date Rcvd: Apr 26, 2017
                    Form ID: pdf901  Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2017.

```
db/jdb         +William C. Rasmussen,    Karen L. Rasmussen,    1045 Hanover Blvd.,    Browns Mills, NJ 08015-2418
516618979      +Alltran Financial, LP,    PO Box 610,    Sauk Rapids, MN 56379-0610
516618981     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998)
516618983      Cabela's Club Visa,    PO Box 82519,    Lincoln, NE 68501-2519
516618984      +Citcards/Good Year,    PO Box 6403,    Sioux Falls, SD 57117-6403
516618985       Citibank c/o Pressler & Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
516618988       Direct TV,    P.O. Box 5007,    Carol Stream, IL 60197-5007
516643793       Educational Services of America Inc,    Claims Filing Unit,    PO Box 8973,
                 Madison, WI 53708-8973
516618989     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Credit,    Nat'l Bankruptcy Service Center,    PO Box 62180,
                 Colorado Springs, CO 80962)
516618990       Ford Credit,    PO Box 542000,    Omaha, NE 68154-8000
516618991      +Great Lakes Higher Education,    2401 International Lane,    Madison, WI 53704-3192
516782694      +MIDLAND FUNDING LLC,    PO BOX 2011,    WARREN, MI 48090-2011
516618993      +McDowell Posternock Apell & Detrick, PC,    46 West Main Street,    Maple Shade, NJ 08052-2432
516647646      +Medallion Bank,    c/o Systems & Services Technologies,,    Inc. as servicer for Medallion Bank,
                 PO Box 9013,    Addison, Texas 75001-9013
516618994       Midland Fund. c/o Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516618995      +Molly McPherson, PLLP,    1 Front St.,    Coupeville, WA 98239-3443
516618998      +Rose Lumia Runyon,    121 ArneytownHornerstown Rd.,    Allentown, NJ 08501-1420
516704402      +Rose Rasmussen,    n/k/a Rose M. Lumia Runyon,    120 Arneytown-Hornerstown Road,
                 Allentown, NJ 08501-1419
516656535     ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
               (address filed with court: Snap-on Credit LLC,    950 Technology Way, Suite 301,
                 Libertyville, IL 60048)
516618999      +South Jersey Eye Physicians,    509 S. Lenola Rd., Suite 11,    Moorestown, NJ 08057-1556
516619001      +Sprint,    PO Box 2545,    Houston, TX 77252-2545
516619004       Systems & Service Technologies,    PO Box 5493,    Carol Stream, IL 60197-5493
516619005      +TEK. Collect,    871 Park St.,    Columbus, OH 43215-1441
516619006      +Victoria's Secret,    PO Box 659728,    San Antonio, TX 78265-9728
516670292       Wells Fargo Bank, N.A.,    c/o Wells Fargo Bank, N.A.,    Default Document Processing,
                 MAC# N9286-01Y,    1000 Blue Gentian Road,    Eagan, MN 55121-7700
516619007      +Wells Fargo Home Mortgage,    Bankruptcy Dept.,    PO Box 10335,    Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 26 2017 23:09:12      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 26 2017 23:09:09      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516618980      +E-mail/Text: legal@arsnational.com Apr 26 2017 23:08:54      ARS Nat'l Services, Inc.,
                 PO Box 469100,    Escondido, CA 92046-9100
516618986      +E-mail/PDF: gecsedi@recoverycorp.com Apr 26 2017 23:03:28      Crae Credit/Synchrony Bank,
                 PO Box 960061,    Orlando, FL 32896-0061
516618987       E-mail/Text: creditonebknotifications@resurgent.com Apr 26 2017 23:08:29      Credit One Bank,
                 PO Box 6500,    City of Industry, CA 91716
516751081       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 26 2017 23:03:40      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC  29603-0587
516618992       E-mail/PDF: gecsedi@recoverycorp.com Apr 26 2017 23:03:47      Lowe's/GECRB,    PO Box 530914,
                 Atlanta, GA 30353-0914
516681785       E-mail/PDF: cbp@onemainfinancial.com Apr 26 2017 23:03:30      ONEMAIN FINANCIAL,
                 P.O. BOX 3251,    EVANSVILLE, IN 47731-3251
516618996      +E-mail/PDF: cbp@onemainfinancial.com Apr 26 2017 23:03:49      One Main Financial,
                 PO Box 9001122,    Louisville, KY 40290-1122
516618997       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 26 2017 23:11:27
                 Portfolio Recovery Associates,    120 Corporate Blvd., Suite 100,    Norfolk, VA 23502
516687378       E-mail/Text: bnc-quantum@quantum3group.com Apr 26 2017 23:08:58
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
516619000      +E-mail/Text: bankruptcy@sw-credit.com Apr 26 2017 23:09:12      Southwest Credit,
                 4120 Internationasl Parkway,    Carrollton, TX 75007-1958
516619002      +E-mail/PDF: gecsedi@recoverycorp.com Apr 26 2017 23:03:28      Synchrony Bank /Lowes,
                 PO Box 965005,    Orlando, FL 32896-5005
516619003      +E-mail/PDF: gecsedi@recoverycorp.com Apr 26 2017 23:03:28      Synchrony Bank/ Walmart,
                 PO Box 965022,    Orlando, FL 32896-5022
                                                                                              TOTAL: 14
```

```
District/off: 0312-3          User: admin                Page 2 of 2                  Date Rcvd: Apr 26, 2017
                              Form ID: pdf901            Total Noticed: 40


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516618982*      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court:   Bank of America,    PO Box 982235,    El Paso, TX 79998)
516629514*      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                 (address filed with court:   Ford Motor Credit Company LLC,    Dept   55953,    P O Box 55000,
                   Detroit  MI, 48255-0953)
516681810*        ONEMAIN FINANCIAL,    P.O. BOX 3251,   EVANSVILLE, IN 47731-3251
516785643*      ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,   LIBERTYVILLE IL 60048-5339
                 (address filed with court:   Snap-On Credit, LLC,    950 Technology Way, SUite 301,
                   Libertyville, IL 60048)
516785646*      ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,   LIBERTYVILLE IL 60048-5339
                 (address filed with court:   Snap-On Credit,LLC,    950 Technology Way, Suite 301,
                   Libertyville, IL 60048)
                                                                                         TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2017 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Andrew M. Lubin    on behalf of Creditor   Wells Fargo Bank, N.A. bkecf@milsteadlaw.com,
           alubin@milsteadlaw.com
          Denise E. Carlon    on behalf of Creditor   Systems & Services Technologies, Inc. as servicer for
           Medallion Bank dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Paul C. Detrick    on behalf of Joint Debtor Karen L. Rasmussen pdetrick@comcast.net
          Paul C. Detrick    on behalf of Debtor William C. Rasmussen pdetrick@comcast.net
          U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```