Form 210B (12/09, as revised 1/4/17)

# United States Bankruptcy Court

District Of New Jersey

In re William & Karen Rasmussen , Case No. 17-11816-CMG

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 2 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/20/2017 .

Educational Services of America Inc
Name of Alleged Transferor

ECMC
Name of Transferee

Address of Alleged Transferor:
Educational Services of America Inc
Claims Filing Unit
POB 8973
Madison, WI 53708-8973

Address of Transferee:
ECMC
pob 16408
St. Paul, MN 55116-0408

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/20/2017

Jeanne A. Naughton
**CLERK OF THE COURT**