UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
46335
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Ford Motor Credit Company LLC,
servicer for CAB EAST LLC
JM-5630

In Re:
WILLIAM C. RASMUSSEN
KAREN L. RASMUSSEN



Order Filed on March 21, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-11816 (CMG)

Adv. No.:

Hearing Date: 3-20-2019

Judge: Christine M. Gravelle

### ORDER PERMITTING FORD MOTOR CREDIT COMPANY TO FILE AN ADMINISTRATIVE CLAIM AND DIRECTING TRUSTEE TO PAY THE CLAIM AS AN ADMINISTRATIVE PRIORITY EXPENSE

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: March 21, 2019**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**

Debtor:   William and Karen Rasmussen  /  46335

Case No:  17-11816 (CMG)

Order permitting Ford Motor Credit Company LLC, servicer for CAB EAST LLC to file an administrative claim and for an order directing the trustee to pay the claim as an administrative priority expense

Upon consideration of the motion of Ford Motor Credit Company LLC, servicer for CAB EAST LLC for an order permitting Ford Motor Credit Company LLC, servicer for CAB EAST LLC to file an administrative claim and for an order directing the trustee to pay the claim as an administrative priority expense, and good cause appearing therefore, it is hereby

**ORDERED:**

1. That Ford Motor Credit Company LLC, servicer for CAB EAST LLC is permitted to file an administrative claim for unpaid lease payments, excess wear and tear, repossession expense and auction fee totaling $10,823.02.

2. The trustee is hereby ordered to pay the claim as an administrative priority expense.