| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>46335<br>MORTON & CRAIG, LLC<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057<br>Attorney for Ford Motor Credit Company LLC,<br>servicer for CAB EAST LLC<br>JM-5630 | **Order Filed on March 21, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>WILLIAM C. RASMUSSEN<br>KAREN L. RASMUSSEN | Case No.: 17-11816 (CMG)<br>Adv. No.:<br><br>Hearing Date: 3-20-2019<br><br>Judge: Christine M. Gravelle |

### ORDER PERMITTING FORD MOTOR CREDIT COMPANY TO FILE AN ADMINISTRATIVE CLAIM AND DIRECTING TRUSTEE TO PAY THE CLAIM AS AN ADMINISTRATIVE PRIORITY EXPENSE

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: March 21, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:   William and Karen Rasmussen  /  46335

Case No:  17-11816 (CMG)

Order permitting Ford Motor Credit Company LLC, servicer for CAB EAST LLC to file an administrative claim and for an order directing the trustee to pay the claim as an administrative priority expense

Upon consideration of the motion of Ford Motor Credit Company LLC, servicer for CAB EAST LLC for an order permitting Ford Motor Credit Company LLC, servicer for CAB EAST LLC to file an administrative claim and for an order directing the trustee to pay the claim as an administrative priority expense, and good cause appearing therefore, it is hereby

**ORDERED:**

1. That Ford Motor Credit Company LLC, servicer for CAB EAST LLC is permitted to file an administrative claim for unpaid lease payments, excess wear and tear, repossession expense and auction fee totaling $10,823.02.

2. The trustee is hereby ordered to pay the claim as an administrative priority expense.

United States Bankruptcy Court
District of New Jersey

In re:
William C. Rasmussen
Karen L. Rasmussen
    Debtors

Case No. 17-11816-CMG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 22, 2019
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2019.
db/jdb      +William C. Rasmussen,   Karen L. Rasmussen,   1045 Hanover Blvd.,   Browns Mills, NJ 08015-2418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2019 at the address(es) listed below:
         Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
         Albert   Russo    docs@russotrustee.com
         Andrew M. Lubin    on behalf of Creditor   Wells Fargo Bank, N.A. bkecf@milsteadlaw.com,
         alubin@milsteadlaw.com
         Denise E. Carlon    on behalf of Creditor   Systems & Services Technologies, Inc. as servicer for
         Medallion Bank dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
         John R. Morton, Jr.    on behalf of Creditor   CAB East LLC, serviced by Ford Motor Credit Company
         LLC ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
         Paul C. Detrick    on behalf of Joint Debtor Karen L. Rasmussen pdetrick@comcast.net
         Paul C. Detrick    on behalf of Debtor William C. Rasmussen pdetrick@comcast.net
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                      TOTAL: 8