| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | William C. Rasmussen<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–2089<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Karen L. Rasmussen<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–9846<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–11816–CMG | | |

## Order of Discharge                                                                                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William C. Rasmussen                                     Karen L. Rasmussen
                                                         aka Karen L. Stevenson


6/29/22                                                  **By the court:** Christine M. Gravelle
                                                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support
     obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 17-11816-CMG
William C. Rasmussen  Chapter 13
Karen L. Rasmussen
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jun 29, 2022 | Form ID: 3180W | Total Noticed: 55 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William C. Rasmussen, Karen L. Rasmussen, 1045 Hanover Blvd., Browns Mills, NJ 08015-2418 |
| cr | + | CAB East LLC, serviced by Ford Motor Credit Compan, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| 516618984 | + | Citcards/Good Year, PO Box 6403, Sioux Falls, SD 57117-6403 |
| 516643793 | | Educational Services of America Inc, Claims Filing Unit, PO Box 8973, Madison, WI 53708-8973 |
| 518188668 | + | Ford Motor Credit Co., LLC, serv. for Cab East LLC, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| 516618993 | + | McDowell Posternock Apell & Detrick, PC, 46 West Main Street, Maple Shade, NJ 08052-2432 |
| 516618995 | + | Molly McPherson, PLLP, 1 Front St., Coupeville, WA 98239-3443 |
| 516618998 | + | Rose Lumia Runyon, 121 ArneytownHornerstown Rd., Allentown, NJ 08501-1420 |
| 516704402 | + | Rose Rasmussen, n/k/a Rose M. Lumia Runyon, 120 Arneytown-Hornerstown Road, Allentown, NJ 08501-1419 |
| 516656535 | ++ | SNAP ON CREDIT LLC, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE IL 60048-5339 address filed with court:, Snap-on Credit LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 517587930 | + | SST as servicing agent for MEDALLION BANK, 4315 Pickett Road, Bankruptcy Department, St. Joseph, Missouri 64503-1600 |
| 516618999 | + | South Jersey Eye Physicians, 509 S. Lenola Rd., Suite 11, Moorestown, NJ 08057-1556 |
| 516619001 | + | Sprint, PO Box 2545, Houston, TX 77252-2545 |
| 516619004 | | Systems & Service Technologies, PO Box 5493, Carol Stream, IL 60197-5493 |
| 516619005 | + | TEK. Collect, 871 Park St., Columbus, OH 43215-1441 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 29 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 29 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516618980 | + | Email/Text: legal@arsnational.com | Jun 29 2022 20:41:00 | ARS Nat'l Services, Inc., PO Box 469100, Escondido, CA 92046-9100 |
| 516618981 | | EDI: BANKAMER.COM | Jun 30 2022 00:38:00 | Bank of America, PO Box 982235, El Paso, TX 79998 |
| 516618983 | | EDI: CAPITALONE.COM | Jun 30 2022 00:38:00 | Cabela's Club Visa, PO Box 82519, Lincoln, NE 68501-2519 |
| 518181158 | + | EDI: AIS.COM | Jun 30 2022 00:38:00 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118, Capital One Bank (USA) N.A Cabelas Club, By American Infosource as agent 73118-7901 |
| 518181157 | + | EDI: AIS.COM | | |

Case 17-11816-CMG    Doc 85    Filed 07/01/22    Entered 07/02/22 00:13:38    Desc Imaged
                         Certificate of Notice        Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 29, 2022 | Form ID: 3180W | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| | | | Jun 30 2022 00:38:00 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 516618985 | | Email/Text: signed.order@pfwattorneys.com | Jun 29 2022 20:41:00 | Citibank c/o Pressler & Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 516618986 | + | EDI: RMSC.COM | Jun 30 2022 00:38:00 | Crae Credit/Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 516618987 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 29 2022 20:44:42 | Credit One Bank, PO Box 6500, City of Industry, CA 91716 |
| 516618988 | | EDI: DIRECTV.COM | Jun 30 2022 00:38:00 | Direct TV, P.O. Box 5007, Carol Stream, IL 60197-5007 |
| 516855909 | + | EDI: AIS.COM | Jun 30 2022 00:38:00 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517187553 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 29 2022 20:41:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 517187554 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 29 2022 20:41:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 516830731 | ^ | MEBN | Jun 29 2022 20:41:17 | Emergency Physician Associates of South Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 516618989 | | Email/Text: EBNBKNOT@ford.com | Jun 29 2022 20:42:00 | Ford Credit, Nat'l Bankruptcy Service Center, PO Box 62180, Colorado Springs, CO 80962 |
| 516629514 | | Email/Text: EBNBKNOT@ford.com | Jun 29 2022 20:42:00 | Ford Motor Credit Company LLC, Dept 55953, P O Box 55000, Detroit MI, 48255-0953 |
| 517131973 | | Email/Text: EBNBKNOT@ford.com | Jun 29 2022 20:42:00 | Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 516618990 | | Email/Text: EBNBKNOT@ford.com | Jun 29 2022 20:42:00 | Ford Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 516618991 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Jun 29 2022 20:41:00 | Great Lakes Higher Education, 2401 International Lane, Madison, WI 53704-3192 |
| 516751081 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2022 20:44:56 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516618992 | | EDI: RMSC.COM | Jun 30 2022 00:38:00 | Lowe's/GECRB, PO Box 530914, Atlanta, GA 30353-0914 |
| 516782694 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 29 2022 20:41:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516647646 | + | Email/Text: SSTBKNotices@nationalbankruptcy.com | Jun 29 2022 20:41:00 | Medallion Bank, c/o Systems & Services Technologies,, Inc. as servicer for Medallion Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 516618994 | | Email/Text: signed.order@pfwattorneys.com | Jun 29 2022 20:41:00 | Midland Fund. c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 516681785 | | EDI: AGFINANCE.COM | Jun 30 2022 00:38:00 | ONEMAIN FINANCIAL, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 516618996 | + | EDI: AGFINANCE.COM | Jun 30 2022 00:38:00 | One Main Financial, PO Box 9001122, Louisville, KY 40290-1122 |
| 516618997 | | EDI: PRA.COM | Jun 30 2022 00:38:00 | Portfolio Recovery Associates, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 516864662 | | EDI: PRA.COM | Jun 30 2022 00:38:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 516864663 | | EDI: PRA.COM | Jun 30 2022 00:38:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery |

Case 17-11816-CMG    Doc 85    Filed 07/01/22    Entered 07/02/22 00:13:38    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 29, 2022 | Form ID: 3180W | Total Noticed: 55 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | | Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 516871688 | EDI: PRA.COM | Jun 30 2022 00:38:00 | Portfolio Recovery Associates, LLC, c/o Goodyear, POB 41067, Norfolk VA 23541 |
| 516687378 | EDI: Q3G.COM | Jun 30 2022 00:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516619000 | + Email/Text: bankruptcy@sw-credit.com | Jun 29 2022 20:41:00 | Southwest Credit, 4120 Internationasl Parkway, Carrollton, TX 75007-1958 |
| 516619002 | + EDI: RMSC.COM | Jun 30 2022 00:38:00 | Synchrony Bank /Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 516619003 | + EDI: RMSC.COM | Jun 30 2022 00:38:00 | Synchrony Bank/ Walmart, PO Box 965022, Orlando, FL 32896-5022 |
| 517124772 | Email/Text: bncnotifications@pheaa.org | Jun 29 2022 20:41:00 | U.S.Department of Education, C/O FedLoan Servicing, P.O.Box 69184, Harrisburg PA 17106-9184 |
| 516619006 | + EDI: WFNNB.COM | Jun 30 2022 00:38:00 | Victoria's Secret, PO Box 659728, San Antonio, TX 78265-9728 |
| 516670292 | + EDI: WFHOME | Jun 30 2022 00:38:00 | Wells Fargo Bank, N.A., MAC# N9286-01Y, POB 1629, Minneapolis, MN 55440-1629 |
| 516619007 | + EDI: WFHOME | Jun 30 2022 00:38:00 | Wells Fargo Home Mortgage, Bankruptcy Dept., PO Box 10335, Des Moines, IA 50306-0335 |
| 516794346 | + EDI: CAPITALONE.COM | Jun 30 2022 00:38:00 | World's Foremost Bank, Cabela's Club Visa, P.O. Box 82609, Lincoln NE 68501-2609 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516618982 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 516681810 | * | ONEMAIN FINANCIAL, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 516785643 | *P++ | SNAP ON CREDIT LLC, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE IL 60048-5339, address filed with court:, Snap-On Credit, LLC, 950 Technology Way, SUite 301, Libertyville, IL 60048 |
| 516785646 | *P++ | SNAP ON CREDIT LLC, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE IL 60048-5339, address filed with court:, Snap-On Credit,LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 517588200 | *+ | SST as servicing agent for MEDALLION BANK, 4315 Pickett Road, Bankruptcy Department, St. Joseph, Missouri 64503-1600 |
| 516618979 | ##+ | Alltran Financial, LP, PO Box 610, Sauk Rapids, MN 56379-0610 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2022        Signature:        /s/Gustava Winters

Case 17-11816-CMG    Doc 85    Filed 07/01/22    Entered 07/02/22 00:13:38    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 29, 2022 | Form ID: 3180W | Total Noticed: 55 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andrew M. Lubin | on behalf of Creditor Wells Fargo Bank N.A. nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Systems & Services Technologies Inc. as servicer for Medallion Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Wells Fargo Bank N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| John R. Morton, Jr. | on behalf of Creditor CAB East LLC  serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Lee Martin Perlman | on behalf of Joint Debtor Karen L. Rasmussen ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Debtor William C. Rasmussen ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9